# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MELVIN MIMS, | ) |
| Movant, | ) |
| v. | ) No. 4:20-CV-1538 RWS |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Before the Court is movant's motion for reconsideration of the dismissal of his motion to vacate, set aside or correct illegal sentence pursuant to 28 U.S.C. § 2255. After reviewing the grounds raised by movant, the Court will decline to alter or amend the judgment of this Court. The Court concludes that movant's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Instead, the motion can be said to merely revisit old arguments. Movant is therefore not entitled to reconsideration of the dismissal of his motion to vacate, and his motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for reconsideration of the dismissal of his motion to vacate [Doc. #16] is **DENIED**.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

Dated this 11th day of March, 2021.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE