**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MELVIN MIMS, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:20-CV-1538 RWS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court *sua sponte*. Movant has filed a new motion vacate, set aside or correct sentence brought pursuant to 28 U.S.C. § 2255. The Court finds that the motion should be administratively terminated and opened as a new case under 28 U.S.C. § 2255.

Accordingly,

**IT IS HERBY ORDERED** that the Clerk is directed to **administratively terminate** movant's motion to vacate, set aside or correct sentence brought pursuant to 28 U.S.C. § 2255 [ECF No. 20] and open it as a new civil action under 28 U.S.C. § 2255.

Dated this   16th   day of June, 2022.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE